<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| ALQUAN MUSLIM, | : | |
| | : | |
| Plaintiff, | : | Civ. No. 18-17341 (GC) (TJB) |
| | : | |
| v. | : | |
| | : | |
| DR. IHUOMA NWACHUKU, | : | **MEMORANDUM & ORDER** |
| | : | |
| Defendant. | : | |

<u>**CASTNER, District Judge**</u>

Plaintiff, Alquan Muslim ("Plaintiff" or "Muslim") is a state prisoner proceeding *pro se* with a civil rights Complaint filed pursuant to 42 U.S.C. § 1983. (*See* ECF 1). Defendant Dr. Ihuoma Nwachuku has filed a Motion for Summary Judgment. (*See* ECF 119). Plaintiff seeks a thirty-day extension of time in which to file a response to Defendant Nwachuku's Motion for Summary Judgment. (*See* ECF 121). Good cause being shown, Plaintiff's request will be granted.

Accordingly, IT IS on this 22nd day of March, 2023,

ORDERED that Plaintiff's request for an extension of time to file a response to Defendant's Motion for Summary Judgment (ECF 121) is granted; and it is further

ORDERED that Plaintiff may submit his response to Defendant's Motion for Summary Judgment within thirty (30) days of the date of this Memorandum & Order; and it is further

ORDERED that the Clerk shall serve this Memorandum and Order on Plaintiff by regular U.S. mail.

/s/ *Georgette Castner*
GEORGETTE CASTNER
United States District Judge